David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Paul L. Davis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL LEWIS DAVIS | ) Case No. 3:14-cv-04237-NC |
| Plaintiff, | ) STIPULATION AND (~~PROPOSED~~) ORDER |
|  | ) EXTENDING PLAINTIFF'S TIME TO FILE |
| vs. | ) PLAINTIFF'S REPLY BRIEF |
| CAROLYN W. COLVIN, |  ) |
| Acting Commissioner of Social Security, | ) |
| Defendant | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file his Reply to Defendant's Notice, Motion and Memorandum in Support of Defendant's Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment herein is hereby extended for a period of 30 days.  Plaintiff's Reply is due to be filed April 3, 2015.

This extension is requested because of the press of work on other matters by plaintiff's lead attorney and ongoing health issues affecting attorney Ralph Wilborn, who is assisting

plaintiff's lead attorney in this matter.  With this stipulation and order plaintiff's time to file is extended to Monday, May 4, 2015.

Dated: March 31, 2015          /s/ David J. Linden
                               DAVID J. LINDEN
                               Attorney at Law
                               Attorney for Plaintiff

Dated: March 31, 2015          /s/ Tova Wolking
                               [Authorized via electronic mail 03/31/2015]
                               TOVA WOLKING
                               Special Assistant United States Attorney
                                   Of Attorneys for Defendant

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated:   April 14, 2015        _____
                               Nathanael␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣
                               UNITED STATES␣␣␣␣␣␣␣␣␣␣␣␣␣ JUDGE

GRANTED
Judge Nathanael M. Cousins

Davis v. Colvin, Case 3:14-cv-04237-NC, Stipulation and Order Extending

Plaintiff's Time to File His Reply - 2