1  BRIAN J. STRETCH, CSBN 163973
   Acting United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  TOVA D. WOLKING, CSBN 259782
   Special Assistant United States Attorney
5          160 Spear Street, Suite 800
           San Francisco, California 92105
6          Telephone: (415) 977-8980
7          Facsimile: (415) 744-0134
           Email: tova.wolking@ssa.gov
8  Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 | PAUL LEWIS DAVIS,                     ) Case No. 3:14-cv-04237-NC
13 |                                       )
   |         Plaintiff,                    ) **REQUEST TO CORRECT**
14 |                                       ) **ATTACHMENT TO DOC. NO. 21,**
   |     v.                                ) STIPULATION AND ~~PROPOSED~~ ORDER
15 |                                       ) AWARDING ATTORNEY FEES UNDER
   | CAROLYN W. COLVIN                     ) THE EQUAL ACCESS TO JUSTICE ACT,
16 | Acting Commissioner of Social Security,) 28 U.S.C. § 2412(d) AND COSTS
17 |                                       ) PURSUANT TO 28 U.S.C. § 1920
   |         Defendant.                    )
18 |                                       )

19

20     The parties hereby request that the Court to strike the attachment filed with the Stipulation
21 and Proposed Order at Docket Number 21. Defendant received the attachment from Plaintiff's
22 counsel and did not realize that it contained a social security number. Attached is a corrected,
23 redacted version.
24

25 ///
26 ///
27 ///
28

The parties respectfully request that the Court strike the attachment to Docket Number 21 and replace it with the attached version. Defendant apologizes for any inconvenience this causes.

Respectfully submitted,

DATE: *September 3, 2015*  By:  */s/ David J. Linden\**
(*by email authorization on 9/3/15)
DAVID J. LINDEN
Attorney for Plaintiff

DATE: *September 3, 2015*       BRIAN J. STRETCH
Acting United States Attorney
By:  */s/ Tova D. Wolking*
TOVA D. WOLKING
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  9/3/15

_____
NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE